Certificate Number: 17082-KS-CC-032161222


17082-KS-CC-032161222

# C<small>ERTIFICATE</small> O<small>F</small> C<small>OUNSELING</small>

I CERTIFY that on <u>January 15, 2019</u>, at <u>11:50</u> o'clock <u>AM MST</u>, <u>KATHERINE C LOYLE</u> received from <u>Summit Financial Education, Inc.</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Kansas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>January 15, 2019</u>　　　By: <u>/s/Elena Ramirez</u>

　　　　　　　　　　　　　　　Name: <u>Elena Ramirez</u>

　　　　　　　　　　　　　　　Title: <u>Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).