**United States Bankruptcy Court**
**District of Kansas**

In re: **Paris Edward Thomas Loyle**
**Katherine Christine Loyle**
Debtor(s)

Case No. _____
Chapter 7

# DECLARATION REGARDING PAYMENT ADVICES OR EVIDENCE OF PAYMENT UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ___

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


I declare (or certify, verify, or state) under penalty of perjury that the following is true and correct (CHECK ONE OF THESE BOXES):

☐ I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐ I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because ___

☑ I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.


Executed on **January 17, 2019** (date) by **/s/ Paris Edward Thomas Loyle**
Paris Edward Thomas Loyle (debtor)

Executed on **January 17, 2019** (date) by **/s/ Katherine Christine Loyle**
Katherine Christine Loyle (joint debtor)

**RENUVA WICHITA PRACTICE LLC**
1331 NW MAIN ST
LEES SUMMIT MO 64086

1207-1521
EE ID: 17    DD

PARIS LOYLE
15213 E STRATFORD ST
WICHITA KS 67230

---

**PERSONAL AND CHECK INFORMATION**
Paris Loyle
15213 E Stratford St
Wichita, KS 67230
Soc Sec #: xxx-xx-xxxx    Employee ID: 17

Pay Period: 12/23/18 to 01/05/19
Check Date: 01/11/19    Check #: 100356

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1243 | 2271.09 | 2271.09 |
| **NET PAY** | **2271.09** | **2271.09** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | M26.45 | | 1995.63 | M26.45 | 1995.63 |
| Club Care Bonus | | | 193.80 | | 193.80 |
| Core Care Bonus | | | 500.00 | | 500.00 |
| Holiday | M16.00 | | | M16.00 | |
| PTO | M40.00 | | | M40.00 | |
| Total Hours | 82.45 | | | 82.45 | |
| Gross Earnings | | | 2689.43 | | 2689.43 |
| Total Hrs Worked | 26.45 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 166.74 | 166.74 |
| Medicare | | 39.00 | 39.00 |
| Fed Income Tax | M 6 | 98.27 | 98.27 |
| KS Income Tax | S 3 | 114.33 | 114.33 |
| **TOTAL** | | **418.34** | **418.34** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **2271.09** | **2271.09** |

*Payroll by Paychex, Inc*

0943 1207-1521 Renuva Wichita Practice LLC • 1331 Nw Main St • Lees Summit MO 64086 • (913) 549-9272

RENUVA WICHITA PRACTICE LLC
1331 NW MAIN ST
LEES SUMMIT MO 64086

1207-1521
EE ID: 17          DD

PARIS LOYLE
15213 E STRATFORD ST
WICHITA KS 67230

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|
| Paris Loyle | | | | Salary | | | | | 1937.50 |
| 15213 E Stratford St | | | | Salary | M74.22 | | 1937.50 | M1805.00 | 48365.40 |
| Wichita, KS 67230 | | | | Club Care Bonus | | | | | 2067.50 |
| Soc Sec #: xxx-xx-xxxx  Employee ID: 17 | | | | Core Care Bonus | | | | | 12600.00 |
| | | | | Holiday | | | | M48.00 | |
| Pay Period: 12/09/18 to 12/22/18 | | | | PTO | | | | M8.00 | |
| Check Date: 12/28/18  Check #: 100353 | | | | Total Hours | 74.22 | | | 1861.00 | |
| NET PAY ALLOCATIONS | | | | Gross Earnings | | | 1937.50 | | 64970.40 |
| | | | | Total Hrs Worked | 74.22 | | | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | WITHHOLDINGS | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| Check Amount | 0.00 | 0.00 | | Social Security | | | 120.12 | | 4028.16 |
| Chkg 1243 | 1696.18 | 55327.65 | | Medicare | | | 28.09 | | 942.07 |
| NET PAY | 1696.18 | 55327.65 | | Fed Income Tax | M 8 | | 21.64 | | 2021.37 |
| | | | | KS Income Tax | S 3 | | 71.47 | | 2651.15 |
| | | | | TOTAL | | | 241.32 | | 9642.75 |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1696.18 | 55327.65 |

Payrolls by Paychex, Inc.

0943 1207-1521 Renuva Wichita Practice LLC • 1331 Nw Main St • Lees Summit MO 64086 • (913) 548-9272

RENUVA WICHITA PRACTICE LLC  
1331 NW MAIN ST  
LEES SUMMIT MO 64086

1207-1521  
EE ID: 17   DD

PARIS LOYLE  
15213 E STRATFORD ST  
WICHITA KS 67230

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Paris Loyle | | |
| 15213 E Stratford St | | |
| Wichita, KS 67230 | | |
| Soc Sec #: xxx-xx-xxxx   Employee ID: 17 | | |
| | | |
| Pay Period: 11/25/18 to 12/08/18 | | |
| Check Date: 12/14/18   Check #: 100347 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1243 | 2455.77 | 53631.47 |
| **NET PAY** | **2455.77** | **53631.47** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | | | 1937.50 |
| | Salary | M80.47 | | 1937.50 | M1730.78 | 46427.90 |
| | Club Care Bonus | | | 203.70 | | 2067.50 |
| | Core Care Bonus | | | 800.00 | | 12600.00 |
| | Holiday | | | | M48.00 | |
| | PTO | | | | M8.00 | |
| | Total Hours | 80.47 | | | 1786.78 | |
| | Gross Earnings | | | 2941.20 | | 63032.90 |
| | Total Hrs Worked | 80.47 | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 182.35 | 3908.04 |
| | Medicare | | 42.65 | 913.98 |
| | Fed Income Tax | M 8 | 131.75 | 1999.73 |
| | KS Income Tax | S 3 | 128.68 | 2579.68 |
| | **TOTAL** | | **485.43** | **9401.43** |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 2455.77 | 53631.47 |

Payrolls by Paychex, Inc.

0943 1207-1521 Renuva Wichita Practice LLC • 1331 Nw Main St • Lees Summit MO 64086 • (913) 548-9272

RENUVA WICHITA PRACTICE LLC  
1331 NW MAIN ST  
LEES SUMMIT MO 64086

1207-1521  
EE ID: 17    DD

PARIS LOYLE  
15213 E STRATFORD ST  
WICHITA KS 67230

NON NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Paris Loyle | | |
| 15213 E Stratford St | | |
| Wichita, KS 67230 | | |
| Soc Sec #: xxx-xx-xxxx    Employee ID: 17 | | |
| | | |
| Pay Period: 11/11/18 to 11/24/18 | | |
| Check Date: 11/30/18    Check #: 100341 | | |

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 1243 | 1696.17 | 51175.70 |
| **NET PAY** | **1696.17** | **51175.70** |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | | | 1937.50 |
| Salary | M55.45 | | 1937.50 | M1650.31 | 44490.40 |
| Club Care Bonus | | | | | 1863.80 |
| Core Care Bonus | | | | | 11800.00 |
| Holiday | M8.00 | | | M48.00 | |
| PTO | M8.00 | | | M8.00 | |
| Total Hours | 71.45 | | | 1706.31 | |
| Gross Earnings | | | 1937.50 | | 60091.70 |
| Total Hrs Worked | 55.45 | | | | |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 120.13 | 3725.69 |
| Medicare | | 28.09 | 871.33 |
| Fed Income Tax | M 8 | 21.64 | 1867.98 |
| KS Income Tax | S 3 | 71.47 | 2451.00 |
| **TOTAL** | | 241.33 | 8916.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1696.17 | 51175.70 |

Payrolls by Paychex, Inc.

0943 1207-1521  Renuva Wichita Practice LLC • 1331 Nw Main St • Lees Summit MO, 64086 • (913) 548-9272



| Unified School District #259 | Pay Group: | M02-175 Day Teachers | Business Unit: | 00259 |
| --- | --- | --- | --- | --- |
| 903 S. Edgemoor St. | Pay Begin Date: | 12/01/2018 | Advice #: | 000000003420414 |
| Wichita, KS 67218-3337 | Pay End Date: | 12/31/2018 | Advice Date: | 12/20/2018 |

**WICHITA PUBLIC SCHOOLS**

| | | | TAX DATA: | Federal | KS State |
| --- | --- | --- | --- | --- | --- |
| **Katherine Christine Loyle** | Employee ID: | 41220 | Marital Status: | Single | Single |
| 15213 E. Stratford Street | Department: | MB00000014-Mayberry Cultural/Fine Arts | Allowances: | 6 | 5 |
| Wichita, KS 67230 | Location: | Mayberry Cultural/Fine Arts | Addl. Percent: | | |
| | Job Title: | English | Addl. Amount: | | |
| | Pay Rate: | $5,472.06 Monthly | | | |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Description** | **Rate** | **Hours** | **Earnings** | **Hours** | **Earnings** | **Description** | **Current** | **YTD** |
| Regular Earnings | | | 5,126.46 | 1,257.96 | 60,620.55 | Fed Withholdng | 346.05 | 3,855.85 |
| Acad Core Tm Ldr 5 & above | | | 263.58 | | 1,054.32 | Fed MED/EE | 83.28 | 955.75 |
| Mid | | | | | | Fed OASDI/EE | 356.10 | 4,086.66 |
| Temporary Leave | 49.371970 | 7.00 | 345.60 | 55.25 | 2,641.69 | KS Withholdng | 222.00 | 2,469.00 |
| Jury Duty | | | 0.00 | | -10.00 | | | |
| School Improvement Team | | | 0.00 | | 967.36 | | | |
| Teacher - Sub Temp Middle | | | 0.00 | | 75.00 | | | |
| Workshop/Stipend Attendee | | | 0.00 | 12.00 | 174.00 | | | |
| Workshop/Stipend Instructor | | | 0.00 | 14.00 | 301.00 | | | |
| **TOTAL:** | | 7.00 | 5,735.64 | 1,339.21 | 65,823.92 | **TOTAL:** | 1,007.43 | 11,367.26 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** | **Description** | **Current** | **YTD** |
| KPERS 6% | 344.14 | 3,949.47 | | | | Life Insurance (BOE Paid)* | 7.85 | 89.88 |
| **TOTAL:** | 344.14 | 3,949.47 | **TOTAL:** | 0.00 | 0.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
| --- | --- | --- | --- | --- | --- |
| Current | 5,735.64 | 5,399.35 | 1,007.43 | 344.14 | 4,384.07 |
| YTD | 65,823.92 | 61,964.33 | 11,367.26 | 3,949.47 | 50,507.19 |

| YEAR-TO-DATE | VAC/PNW HRS | LEAVE HOURS | | NET PAY DISTRIBUTION | | |
| --- | --- | --- | --- | --- | --- | --- |
| Start Balance | 0.0 | 150.0 | | **Account Type** | **Account Number** | **Deposit Amount** |
| + Earned | 0.0 | 0.0 | Advice #000000003420414 | Checking | ▓▓▓▓▓▓▓▓ | 4,384.07 |
| - Taken | 0.0 | 55.3 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| **End Balance** | 0.0 | 171.5 | **TOTAL:** | | | 4,384.07 |

**MESSAGE:**



**Unified School District #259**
903 S. Edgemoor St.
Wichita, KS 67218-3337

                             **Katherine Christine Loyle**
                             15213 E. Stratford Street
                             Wichita, KS 67230



| | Unified School District #259<br>903 S. Edgemoor St.<br>Wichita, KS 67218-3337 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | M02-175 Day Teachers<br>12/03/2018<br>12/04/2018 | Business Unit:<br>Advice #:<br>Advice Date: | 00259<br>000000003424211<br>12/20/2018 | |
|---|---|---|---|---|---|---|

**WICHITA PUBLIC SCHOOLS**

| | | | | TAX DATA: | Federal | KS State |
|---|---|---|---|---|---|---|
| Katherine Christine Loyle<br>15213 E. Stratford Street<br>Wichita, KS 67230 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 41220<br>MB00000014-Mayberry Cultural/Fine Arts<br>Mayberry Cultural/Fine Arts<br>English<br>$5,472.06 Monthly | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>6 | Single<br>5 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Workshop/Stipend Instructor | 21.500000 | 1.00 | 21.50 | 15.00 | 322.50 | Fed Withholdng | 0.00 | 3,855.85 |
| Jury Duty | | | 0.00 | | -10.00 | Fed MED/EE | 0.31 | 956.06 |
| Regular Earnings | | | 0.00 | 1,257.96 | 60,620.55 | Fed OASDI/EE | 1.33 | 4,087.99 |
| School Improvement Team | | | 0.00 | | 967.36 | KS Withholdng | 0.00 | 2,469.00 |
| Acad Core Tm Ldr 5 & above Mid | | | 0.00 | | 1,054.32 | | | |
| Temporary Leave | | | 0.00 | 55.25 | 2,641.69 | | | |
| Teacher - Sub Temp Middle | | | 0.00 | | 75.00 | | | |
| Workshop/Stipend Attendee | | | 0.00 | 12.00 | 174.00 | | | |
| **TOTAL:** | | **1.00** | **21.50** | **1,340.21** | **65,845.42** | **TOTAL:** | **1.64** | **11,368.90** |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| KPERS 6% | 1.29 | 3,950.76 | | | | Life Insurance (BOE Paid)* | 0.00 | 89.88 |
| **TOTAL:** | **1.29** | **3,950.76** | **TOTAL:** | **0.00** | **0.00** | ***TAXABLE** | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 21.50 | 20.21 | 1.64 | 1.29 | 18.57 |
| YTD | 65,845.42 | 61,984.54 | 11,368.90 | 3,950.76 | 50,525.76 |

| YEAR-TO-DATE | VAC/PNW HRS | LEAVE HOURS | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 150.0 | | Account Type | Account Number | Deposit Amount |
| + Earned | 0.0 | 0.0 | Advice #000000003424211 | Checking | ▬▬▬▬▬ | 18.57 |
| - Taken | 0.0 | 55.3 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| **End Balance** | **0.0** | **171.5** | **TOTAL:** | | | **18.57** |

**MESSAGE:**



**Unified School District #259**
903 S. Edgemoor St.
Wichita, KS 67218-3337

          **Katherine Christine Loyle**
          15213 E. Stratford Street
          Wichita, KS 67230



| | Unified School District #259<br>903 S. Edgemoor St.<br>Wichita, KS 67218-3337 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | M02-175 Day Teachers<br>11/01/2018<br>11/30/2018 | | Business Unit:<br>Advice #:<br>Advice Date: | 00259<br>000000003405301<br>11/20/2018 | |
|---|---|---|---|---|---|---|---|

| | | | | | TAX DATA: | Federal | KS State |
|---|---|---|---|---|---|---|---|
| Katherine Christine Loyle<br>15213 E. Stratford Street<br>Wichita, KS 67230 | Employee ID:<br>Department:<br>Location:<br>Job Title:<br>Pay Rate: | 41220<br>MB00000014-Mayberry Cultural/Fine Arts<br>Mayberry Cultural/Fine Arts<br>English<br>$5,472.06 Monthly | | | Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>6 | Single<br>5 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Earnings | | | 5,299.26 | 1,157.54 | 55,494.09 | Fed Withholdng | 347.74 | 3,509.80 |
| Acad Core Tm Ldr 5 & above | | | 263.58 | | 790.74 | Fed MED/EE | 83.50 | 872.47 |
| Mid | | | | | | Fed OASDI/EE | 357.03 | 3,730.56 |
| Temporary Leave | 49.371970 | 3.50 | 172.80 | 48.25 | 2,296.09 | KS Withholdng | 222.00 | 2,247.00 |
| Teacher - Sub Temp Middle | | | 25.00 | | 75.00 | | | |
| Jury Duty | | | -10.00 | | -10.00 | | | |
| School Improvement Team | | | 0.00 | | 967.36 | | | |
| Workshop/Stipend Attendee | | | 0.00 | 12.00 | 174.00 | | | |
| Workshop/Stipend Instructor | | | 0.00 | 14.00 | 301.00 | | | |
| TOTAL: | | 3.50 | 5,750.64 | 1,231.79 | 60,088.28 | TOTAL: | 1,010.27 | 10,359.83 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| KPERS 6% | 345.04 | 3,605.33 | | | | Life Insurance (BOE Paid)* | 7.85 | 82.03 |
| TOTAL: | 345.04 | 3,605.33 | TOTAL: | 0.00 | 0.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 5,750.64 | 5,413.45 | 1,010.27 | 345.04 | 4,395.33 |
| YTD | 60,088.28 | 56,564.98 | 10,359.83 | 3,605.33 | 46,123.12 |

| YEAR-TO-DATE | VAC/PNW HRS | LEAVE HOURS | NET PAY DISTRIBUTION | | | |
|---|---|---|---|---|---|---|
| Start Balance | 0.0 | 150.0 | | Account Type | Account Number | Deposit Amount |
| + Earned | 0.0 | 0.0 | Advice #000000003405301 | Checking | | 4,395.33 |
| - Taken | 0.0 | 48.3 | | | | |
| + Adjustments | 0.0 | 0.0 | | | | |
| End Balance | 0.0 | 178.5 | TOTAL: | | | 4,395.33 |

MESSAGE:



**Unified School District #259**
903 S. Edgemoor St.
Wichita, KS 67218-3337

**Katherine Christine Loyle**
15213 E. Stratford Street
Wichita, KS 67230

Case 19-10065    Doc# 4    Filed 01/17/19    Page 8 of 8