UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
PARIS EDWARD THOMAS LOYLE )
KATHERINE CHRISTINE LOYLE ) Case No.
) Chapter 7
Debtors. )

## ASSIGNMENT OF INCOME TAX REFUNDS

I, Paris Edward Thomas & Katherine Christine Loyle, hereby assign my income tax refunds for the tax year of 2018 or any prior years to Milby Law Offices, P.A., for the purpose of paying my base attorney fees in the amount of $1,800.00 as follows:

1. The non-exempt portion of my 2018 federal income tax refund.

2. The non-exempt portion of my 2018 state income tax refund.

3. The exempt portion of my 2018 federal income tax refund.

4. The exempt portion of my 2018 state income tax refund.

Our base attorney fee shall be paid from our refunds subject as set out above.

Dated: 1/17/19

_____
Paris Edward Thomas Loyle

_____
Katherine Christine Loyle