| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Paris Edward Thomas Loyle**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6984<br>EIN _ _–_ _ _ _ _ _ _ | |
| Debtor 2<br>(Spouse, if filing) | **Katherine Christine Loyle**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–2224<br>EIN _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court  **District of Kansas** | | Date case filed for chapter **7  1/17/19** | |
| Case Number / Presiding Judge:  **19–10065 / Robert E. Nugent** | | Date Notice Issued:  **1/18/19** | |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   04/16

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

The trustee named below is the interim trustee appointed by the U.S. Trustee to serve under general blanket bond on file with the clerk of the bankruptcy court.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| 1. | **Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 12, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>All individual debtors are required to produce photo ID and proof of Social Security Number to the Trustee at this meeting. Non–lawyers SHOULD NOT bring cellular telephones or other electronic communication devices to the courthouse. | Location:<br><br>**US Courthouse, 401 North Market Room B–56, Wichita, KS 67202** |
|---|---|---|---|
| | | **About Debtor 1:** | **About Debtor 2:** |
| 2. | **Debtor's full name** | Paris Edward Thomas Loyle | Katherine Christine Loyle |
| 3. | **All other names used in the last 8 years** | | aka Kate Loyle, aka Katie Loyle |
| 4. | **Address** | 15213 E Stratford St<br>Wichita, KS 67230 | 15213 E Stratford St<br>Wichita, KS 67230 |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

Debtor **Paris Edward Thomas Loyle** and **Katherine Christine Loyle**  Case number **19–10065**

| | | |
|---|---|---|
| **5. Debtor's Attorney**<br>Name and address | Dana Manweiler Milby<br>300 West Douglas<br>Suite 600<br>Wichita, KS 67202 | Contact phone (316) 267–8677 |
| **6. Bankruptcy trustee**<br>Name and address | Linda S Parks<br>100 N Broadway<br>Suite 950<br>Wichita, KS 67202–2209 | Contact phone 316–265–7741 |
| **7. Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 167 US Courthouse<br>401 North Market<br>Wichita, KS 67202 | Office Hours: 9:00 AM – 4:00 PM<br>Monday – Friday<br><br>Contact phone (316) 315–4110 |
| **8. Presumption of abuse** | The presumption of abuse does not arise.<br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | |
| **9. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S C § 523(a)(2), (4), or (6).<br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9).<br><br>**Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.<br><br>**Deadline to object to intended abandonment:** | **Filing deadline: 4/15/19**<br><br><br><br><br><br><br><br>**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors<br><br><br>**Filing deadline:** 75 days after the conclusion of the meeting of creditors unless otherwise ordered. |
| **10. Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Abandonment of property of the estate** | Local Bankruptcy Rule 6007.1 allows Chapter 7 Trustees to file a notice of intended abandonment of any or all of a debtor's property in the estate as authorized by § 554 without further service on creditors or interested parties. If a creditor or party in interest timely objects to the abandonment of any property, the Court will schedule a hearing regarding the property that is the subject of the objection. | |
| **13. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                             Case No. 19-10065-REN
Paris Edward Thomas Loyle                                          Chapter 7
Katherine Christine Loyle
       Debtors                     CERTIFICATE OF NOTICE
District/off: 1083-6          User: mel              Page 1 of 2            Date Rcvd: Jan 18, 2019
                              Form ID: 309A          Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
db/jdb         +Paris Edward Thomas Loyle,   Katherine Christine Loyle,   15213 E Stratford St,
                 Wichita, KS 67230-6640
9159452         AES FED Loan Servicing,   PO Box 69184,   Harrisburg PA 17106-9184
9159454         ATG Credit BR,   PO Box 14895,   Chicago IL 60614-8542
9159456        +Charter One,   630 Plaza Dr Ste 150,   Highlands Ranch CO 80129-2750
9159459         Collection Center Of Wyoming,   406 6th St,   Rawlins WY 82301-5408
9159463        +EMC Chase Mortgage BR,   PO Box 299013,   800 State Hwy 121 BYP,   Lewisville TX 75067-4180
9159464         FedLoan Servicing,   PO Box 69184,   Harrisburg PA 17106-9184
9159465        +Firstmark Services,   PO Box 82522,   Lincoln NE 68501-2522
9159466        +Home Point Financial C,   4849 Greenville Ave Ste,   Dallas TX 75206-4191
9159467        +Lender R3 Education Inc,   27 Jackson Road,   Ste 300,   Devens MA 01434-4037
9159469        +Pam Loyle,   2266 N Yale Ave,   Wichita KS 67220-2818
9159473        +St Anthony Tri Parish School,   1145 W 20th St,   Casper WY 82604-3586
9159476         US Attorney,   301 N Main St Ste 1200,   1200 Epic Center,   Wichita KS 67202-4812
9159478        +US Department of Education BR,   PO Box 69184,   Fed Loan Servicing,   Harrisburg PA 17106-9184
9159475        +United States Attorney,   1200 Epic Center,   301 N Main,   Wichita KS 67202-4840
9159482        +Wyoming Medical Center,   1233 E 2nd St,   Casper WY 82601-2988

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: staff@milbylaw.com Jan 18 2019 21:26:36    Dana Manweiler Milby,
                 300 West Douglas,   Suite 600,   Wichita, KS  67202
tr             +EDI: QLSPARKS.COM Jan 19 2019 02:18:00    Linda S Parks,   100 N Broadway,   Suite 950,
                 Wichita, KS 67202-2216
ust            +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Jan 18 2019 21:27:04    U.S. Trustee,
                 Office of the United States Trustee,   301 North Main Suite 1150,   Wichita, KS 67202-4811
9159453         EDI: GMACFS.COM Jan 19 2019 02:18:00    Ally Financial BR,   PO Box 130424,
                 Roseville MN 55113-0004
9159455        +EDI: CAPITALONE.COM Jan 19 2019 02:18:00    Capital One Service Inc BR,   PO Box 30285,
                 HSBC Household Bank Providian,   Salt Lake City UT 84130-0285
9159457        +EDI: CHASE.COM Jan 19 2019 02:18:00    Chase Bank One BR,   PO Box 15298,   WaMu Providian,
                 JP Morgan Amazon,   Wilmington DE 19850-5298
9159458        +E-mail/Text: dthompson@cityofcasperwy.com Jan 18 2019 21:27:37    City Of Casper-Utilities,
                 200 N David St,   Casper WY 82601-1894
9159460        +EDI: CONVERGENT.COM Jan 19 2019 02:13:00    Convergent Outsourcing BR,   800 SW 39th St,
                 Renton WA 98057-4927
9159462        +EDI: DISCOVER.COM Jan 19 2019 02:18:00    Discover Bank Bankruptcy,   PO Box 3025,
                 6500 New Albany Rd E,   New Albany OH 43054-8730
9159468         EDI: NAVIENTFKASMSERV.COM Jan 19 2019 02:18:00    Navient BR,   PO Box 9500,
                 US Dept Of Edu Loan Serv,   Sallie Mae,   Wilkes Barre PA 18773-9500
9159470        +E-mail/Text: wendi@rsiwy.com Jan 18 2019 21:26:43    Rocky Mountain Recovery,
                 101 Hastings Horseshoes,   Powell WY 82435-8111
9159471         E-mail/PDF: clerical@simmassociates.com Jan 18 2019 21:28:23    Simm Associates Inc,
                 PO Box 7526,   Newark DE 19714-7526
9159472        +E-mail/PDF: clerical@simmassociates.com Jan 18 2019 21:28:23    Simms Associates,
                 800 Pencader Drive,   Newark DE 19702-3354
9159474        +E-mail/Text: legal@tabbank.com Jan 18 2019 21:26:45    Tab Bank,   4185 Harrison Blvd,
                 Ogden UT 84403-2475
9159479         EDI: VERIZONCOMB.COM Jan 19 2019 02:08:00    Verizon Wireless Bankruptcy De,
                 500 Technology Dr Ste 550,   Fmci Mass Market Bankruptcy Ad,   St Charles MO 63304-2225
9159480         EDI: WFFC.COM Jan 19 2019 02:18:00    Wells Fargo Bank NA BR,   PO Box 3569,   Attn BR Dept,
                 Rancho Cucamonga CA 91729-3569
9159481        +EDI: WFFC.COM Jan 19 2019 02:18:00    Wells Fargo Dealer Services,   Attn Bankruptcy,
                 PO Box 19657,   Irvine CA 92623-9657
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9159461        Cpw Funding Co/glelsi
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
          Dana Manweiler Milby    on behalf of Joint Debtor Katherine Christine Loyle staff@milbylaw.com,
           milbylaw@gmail.com;r46906@notify.bestcase.com
          Dana Manweiler Milby    on behalf of Debtor Paris Edward Thomas Loyle staff@milbylaw.com,
           milbylaw@gmail.com;r46906@notify.bestcase.com
          Linda S Parks    lparks@hitefanning.com, lparks@ecf.epiqsystems.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                         TOTAL: 4
```