Form ntcfinmgt  (Revised 12/03/2015)

United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 19−10065    Chapter: 7

In re: (Name of Debtor)

Paris Edward Thomas Loyle
15213 E Stratford St
Wichita, KS 67230

Katherine Christine Loyle
aka    Kate Loyle
aka    Katie Loyle
15213 E Stratford St
Wichita, KS 67230

**Entered By The Court**
**1/18/19**

**NOTICE OF REQUIREMENT TO FILE A**
**STATEMENT OF COMPLETION OF COURSE IN**
**PERSONAL FINANCIAL MANAGEMENT**
**(Official Form 423)**

**Filed By The Court**
**1/18/19**
**David D. Zimmerman**
**Clerk of Court**
**US Bankruptcy Court**

Notice is hereby given that, subject to limited exceptions, a debtor must complete an instructional course in personal financial management after filing the petition in order to receive a discharge under chapter 7 (11 U.S.C. 727) or chapter 13 (11 U.S.C. 1328). Pursuant to Rule 1007(b)(7) of the Rules of Bankruptcy Procedure, the debtor(s) must complete and file Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management (Official Form 423)* as described in 11 U.S.C. 111.

Debtor(s) and debtor(s)' attorney are hereby notified that Official Form 423 must be filed before a discharge can be entered. Debtor(s) and debtor(s)' attorney are hereby notified that the debtor(s) must file Official Form 423 within 60 days after the first date set for the meeting of creditors under § 341 for a chapter 7 case or no later than the last payment made by the debtor in a chapter 13 case. Failure to file the certification will result in the case being closed without an entry of discharge. If a Motion to Reopen the Case is subsequently filed by Debtor(s), to allow for the filing of the Official Form 423, the debtor(s) must pay the full reopening fee due for filing the motion.

*NOTE: Official Form 423 (Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management) must be filed in all individual chapter 7 and chapter 13 cases even if the U.S. Trustee has not approved any credit counseling agency or financial management course for the applicable district. See Rule 1007(b)(7).

Document 8

s/  David D. Zimmerman
Clerk, United States Bankruptcy Court

```
                           United States Bankruptcy Court
                                 District of Kansas
```

In re:                                                              Case No. 19-10065-REN
Paris Edward Thomas Loyle                                           Chapter 7
Katherine Christine Loyle
        Debtors                      **CERTIFICATE OF NOTICE**

District/off: 1083-6          User: mel              Page 1 of 1          Date Rcvd: Jan 18, 2019
                              Form ID: ksnfinmg      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 20, 2019.
db/jdb        +Paris Edward Thomas Loyle,    Katherine Christine Loyle,    15213 E Stratford St,
               Wichita, KS 67230-6640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 18, 2019 at the address(es) listed below:
          Dana Manweiler Milby    on behalf of Joint Debtor Katherine Christine Loyle staff@milbylaw.com,
           milbylaw@gmail.com;r46906@notify.bestcase.com
          Dana Manweiler Milby    on behalf of Debtor Paris Edward Thomas Loyle staff@milbylaw.com,
           milbylaw@gmail.com;r46906@notify.bestcase.com
          Linda S Parks    lparks@hitefanning.com,  lparks@ecf.epiqsystems.com
          U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                             TOTAL: 4