Certificate Number: 17082-KS-DE-032220558

Bankruptcy Case Number: 19-10065



17082-KS-DE-032220558

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 28, 2019</u>, at <u>11:25</u> o'clock <u>PM MST</u>, <u>KATHERINE C LOYLE</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Kansas</u>.

Date:  <u>January 28, 2019</u>             By:      <u>/s/Orsolya K Lazar</u>

                                          Name:    <u>Orsolya K Lazar</u>

                                          Title:   <u>Executive Director</u>