FORM 1
# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No: | 19-10065 REN | Judge: | Robert E. Nugent | Trustee Name: | Linda S. Parks, Trustee |
| --- | --- | --- | --- | --- | --- |
| Case Name: | PARIS EDWARD THOMAS LOYLE | | | Date Filed (f) or Converted (c): | 01/17/2019 (f) |
| | KATHERINE CHRISTINE LOYLE | | | 341(a) Meeting Date: | 02/12/2019 |
| For Period Ending: | 02/18/2019 | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 15213 E STRATFORD ST WICHITA KS 67230-0000 SEDGWICK | 238,100.00 | 0.00 | | 0.00 | FA |
| 2. 2005 HONDA PILOT MILEAGE: APPROX 136,000 AUTO | 5,950.00 | 0.00 | | 0.00 | FA |
| 3. 2012 TOYOTA CAMRY MILEAGE: APPROX 50,000 | 12,620.00 | 0.00 | | 0.00 | FA |
| 4. 1999 HONDA ACCORD DAUGHTERS CAR, WAS A GIFT FROM HER GRANDMOTHER. IN DEBTORS' NAMES BECAUSE SHE IS A MINOR. | 2,737.00 | 0.00 | | 0.00 | FA |
| 5. FURNITURE AND HOUSEHOLD GOODS | 1,100.00 | 0.00 | | 0.00 | FA |
| 6. ELECTRONICS | 400.00 | 0.00 | | 0.00 | FA |
| 7. CLOTHING | 300.00 | 0.00 | | 0.00 | FA |
| 8. JEWELRY | 350.00 | 0.00 | | 0.00 | FA |
| 9. CASH ON HAND | 0.00 | 0.00 | | 0.00 | FA |
| 10. WESTERRA CREDIT UNION | 22.32 | 0.00 | | 0.00 | FA |
| 11. ANDOVER STATE BANK | 7.53 | 0.00 | | 0.00 | FA |
| 12. WESTERRA CREDIT UNION | 6.60 | 0.00 | | 0.00 | FA |
| 13. WESTERRA CREDIT UNION | 0.00 | 0.00 | | 0.00 | FA |
| 14. KPERS | 12,000.00 | 0.00 | | 0.00 | FA |
| 15. 2018 TAX REFUNDS | Unknown | Unknown | | 0.00 | Unknown |
| 16. 2018 EARNED INCOME TAX CREDIT | Unknown | 0.00 | | 0.00 | FA |
| 17. TERM LIFE INSURANCE THROUGH USD 259 | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)  $273,593.45  $0.00   $0.00  $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee investigating property no. 15.

Initial Projected Date of Final Report (TFR): 12/31/2020    Current Projected Date of Final Report (TFR): 12/31/2020

Trustee Signature:   /s/ Linda S. Parks, Trustee    Date: 02/18/2019

Linda S. Parks, Trustee
100 N. Broadway, Suite 950
WICHITA, KS  67202-2209
(316) 265-7741
parks@hitefanning.com