IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE: )
)
Paris Edward Thomas Loyle and, ) Case No. 19-10065
Katherine Christine Loyle, )
)
                   Debtor(s). )
)

## NOTICE OF RECOVERY OF ASSETS

**COMES NOW,** the trustee in the above-captioned matter and states that the trustee has recovered assets or discovered potential assets believed to have a value sufficient to warrant administration. The trustee further states as follows:

1. The above-captioned case was previously noticed as a no-asset case.

2. The trustee requests that the Clerk renotice the above captioned case as an asset case and set a deadline for the filing of claims in order that the case may be properly and expeditiously administered.

                                            /s/    Linda S. Parks
                                          Linda S. Parks, Trustee (#11648)
                                          100 N. Broadway, Suite 950
                                          Wichita, KS 67202-2209
                                          (316) 265-7741