Form Itast  (Revised 04/05/2017)

## United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 19–10065

Chapter: 7

In re:

Paris Edward Thomas Loyle
15213 E Stratford St
Wichita, KS 67230

SSN: xxx–xx–6984

Katherine Christine Loyle
aka   Kate Loyle
aka   Katie Loyle
15213 E Stratford St
Wichita, KS 67230

SSN: xxx–xx–2224

**Entered By The Court
2/20/19**

**ORDER FIXING TIME FOR FILING CLAIMS
IN ORDER TO PARTICIPATE IN LATE DISCOVERED ASSETS
COMBINED WITH NOTICE THEREOF**

**Filed By The Court
2/20/19
David D. Zimmerman
Clerk of Court
US Bankruptcy Court**

The trustee has reported to the Court the recovery of assets which may permit the payment of partial/additional dividends to creditors.

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that any creditors who have not heretofore filed claims herein may now file claims, with appropriate attachments on or before:

**DEADLINE DATE: 5/31/19**

**For governmental units the LATER of
(1) 180 days after the date of the order for relief/voluntary petition,
or
(2) the deadline date indicated above.**

Claims filed after the deadline will not be considered for allowance.

You may complete and file an electronic proof of claim at www.ksb.uscourts.gov/epoc or a Proof of Claim form (Official Form B 410) can be obtained at the United States Courts web site, www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx, or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose an additional photocopy of the Proof of Claim together with a self–addressed stamped envelope. There is no fee for filing the Proof of Claim.

Document 17 – 16

s/   Robert E. Nugent
U.S. Bankruptcy Judge