Form Itast (Revised 04/05/2017)

United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 19–10065

Chapter: 7

In re:

Paris Edward Thomas Loyle
15213 E Stratford St
Wichita, KS 67230

SSN: xxx–xx–6984

Katherine Christine Loyle
aka  Kate Loyle
aka  Katie Loyle
15213 E Stratford St
Wichita, KS 67230

SSN: xxx–xx–2224

| Entered By The Court 2/20/19 | ORDER FIXING TIME FOR FILING CLAIMS IN ORDER TO PARTICIPATE IN LATE DISCOVERED ASSETS COMBINED WITH NOTICE THEREOF | **Filed By The Court** **2/20/19** David D. Zimmerman Clerk of Court US Bankruptcy Court |
|---|---|---|

The trustee has reported to the Court the recovery of assets which may permit the payment of partial/additional dividends to creditors.

IT IS ORDERED AND NOTICE IS HEREBY GIVEN that any creditors who have not heretofore filed claims herein may now file claims, with appropriate attachments on or before:

**DEADLINE DATE: 5/31/19**

**For governmental units the LATER of
(1) 180 days after the date of the order for relief/voluntary petition,
or
(2) the deadline date indicated above.**

Claims filed after the deadline will not be considered for allowance.

You may complete and file an electronic proof of claim at www.ksb.uscourts.gov/epoc or a Proof of Claim form (Official Form B 410) can be obtained at the United States Courts web site, www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx, or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the Bankruptcy Court, enclose an additional photocopy of the Proof of Claim together with a self–addressed stamped envelope. There is no fee for filing the Proof of Claim.

Document 17 – 16

s/  Robert E. Nugent
U.S. Bankruptcy Judge

```
                             United States Bankruptcy Court
                                  District of Kansas
In re:                                                          Case No. 19-10065-REN
Paris Edward Thomas Loyle                                       Chapter 7
Katherine Christine Loyle
         Debtors
                                 CERTIFICATE OF NOTICE
District/off: 1083-6           User: erica                Page 1 of 2           Date Rcvd: Feb 20, 2019
                               Form ID: lateasst          Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 22, 2019.
db/jdb        +Paris Edward Thomas Loyle,    Katherine Christine Loyle,    15213 E Stratford St,
                Wichita, KS 67230-6640
aty           +Dana Manweiler Milby,    300 West Douglas,    Suite 600,    Wichita, KS 67202-2917
9159452        AES FED Loan Servicing,    PO Box 69184,    Harrisburg PA 17106-9184
9159454        ATG Credit BR,    PO Box 14895,    Chicago IL 60614-8542
9159456       +Charter One,    630 Plaza Dr Ste 150,    Highlands Ranch CO 80129-2750
9159459        Collection Center Of Wyoming,    406 6th St,    Rawlins WY 82301-5408
9159463       +EMC Chase Mortgage BR,    PO Box 299013,    800 State Hwy 121 BYP,    Lewisville TX 75067-4180
9159464        FedLoan Servicing,    PO Box 69184,    Harrisburg PA 17106-9184
9159465       +Firstmark Services,    PO Box 82522,    Lincoln NE 68501-2522
9159466       +Home Point Financial C,    4849 Greenville Ave Ste,    Dallas TX 75206-4191
9169702       +Home Point Financial Corporation,    c/o D. Anthony Sottile, Authorized Agent,
                394 Wards Corner Road, Suite 180,    Loveland, OH 45140-8362
9159467       +Lender R3 Education Inc,    27 Jackson Road,    Ste 300,    Devens MA 01434-4037
9159469       +Pam Loyle,    2266 N Yale Ave,    Wichita KS 67220-2818
9159473       +St Anthony Tri Parish School,    1145 W 20th St,    Casper WY 82604-3586
9159476        US Attorney,    301 N Main St Ste 1200,    1200 Epic Center,    Wichita KS 67202-4812
9159478       +US Department of Education BR,    PO Box 69184,    Fed Loan Servicing,    Harrisburg PA 17106-9184
9159475       +United States Attorney,    1200 Epic Center,    301 N Main,    Wichita KS 67202-4840
9159482       +Wyoming Medical Center,    1233 E 2nd St,    Casper WY 82601-2988

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QLSPARKS.COM Feb 21 2019 02:28:00      Linda S Parks,    100 N Broadway,    Suite 950,
                Wichita, KS 67202-2216
ust           +E-mail/Text: ustpregion20.wi.ecf@usdoj.gov Feb 20 2019 21:41:10      U.S. Trustee,
                Office of the United States Trustee,    301 North Main Suite 1150,    Wichita, KS 67202-4811
9159453        EDI: GMACFS.COM Feb 21 2019 02:28:00      Ally Financial BR,    PO Box 130424,
                Roseville MN 55113-0004
9159455       +EDI: CAPITALONE.COM Feb 21 2019 02:28:00      Capital One Service Inc BR,    PO Box 30285,
                HSBC Household Bank Providian,    Salt Lake City UT 84130-0285
9159457       +EDI: CHASE.COM Feb 21 2019 02:28:00      Chase Bank One BR,    PO Box 15298,    WaMu Providian,
                JP Morgan Amazon,    Wilmington DE 19850-5298
9159458       +E-mail/Text: dthompson@cityofcasperwy.com Feb 20 2019 21:41:42      City Of Casper-Utilities,
                200 N David St,    Casper WY 82601-1894
9159460       +EDI: CONVERGENT.COM Feb 21 2019 02:28:00      Convergent Outsourcing BR,    800 SW 39th St,
                Renton WA 98057-4927
9159462       +EDI: DISCOVER.COM Feb 21 2019 02:28:00      Discover Bank Bankruptcy,    PO Box 3025,
                6500 New Albany Rd E,    New Albany OH 43054-8730
9159468        EDI: NAVIENTFKASMSERV.COM Feb 21 2019 02:28:00      Navient BR,    PO Box 9500,
                US Dept Of Edu Loan Serv,    Sallie Mae,    Wilkes Barre PA 18773-9500
9159470       +E-mail/Text: wendi@rsiwy.com Feb 20 2019 21:40:48      Rocky Mountain Recovery,
                101 Hastings Horseshoes,    Powell WY 82435-8111
9159471        E-mail/PDF: clerical@simmassociates.com Feb 20 2019 21:54:33      Simm Associates Inc,
                PO Box 7526,    Newark DE 19714-7526
9159472       +E-mail/PDF: clerical@simmassociates.com Feb 20 2019 21:54:33      Simms Associates,
                800 Pencader Drive,    Newark DE 19702-3354
9159474       +E-mail/Text: legal@tabbank.com Feb 20 2019 21:40:51      Tab Bank,    4185 Harrison Blvd,
                Ogden UT 84403-2475
9159479        EDI: VERIZONCOMB.COM Feb 21 2019 02:28:00      Verizon Wireless Bankruptcy De,
                500 Technology Dr Ste 550,    Fmci Mass Market Bankruptcy Ad,    St Charles MO 63304-2225
9159480        EDI: WFFC.COM Feb 21 2019 02:28:00      Wells Fargo Bank NA BR,    PO Box 3569,    Attn BR Dept,
                Rancho Cucamonga CA 91729-3569
9159481       +EDI: WFFC.COM Feb 21 2019 02:28:00      Wells Fargo Dealer Services,    Attn Bankruptcy,
                PO Box 19657,    Irvine CA 92623-9657
                                                                                               TOTAL: 16

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9159461        Cpw Funding Co/glelsi
                                                                                TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 22, 2019                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 20, 2019 at the address(es) listed below:

      D. Anthony Sottile    on behalf of Creditor   Home Point Financial Corporation bankruptcy@sottileandbarile.com

      Dana Manweiler Milby    on behalf of Joint Debtor Katherine Christine Loyle staff@milbylaw.com, milbylaw@gmail.com;r46906@notify.bestcase.com

      Dana Manweiler Milby    on behalf of Debtor Paris Edward Thomas Loyle staff@milbylaw.com, milbylaw@gmail.com;r46906@notify.bestcase.com

      Linda S Parks    lparks@hitefanning.com, lparks@ecf.epiqsystems.com

      U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov

                                                     TOTAL: 5