Form fnldec (Revised 08/01/2018)

United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 19−10065　　　　　　　　　　　　　　Chapter: 7

In re:

Paris Edward Thomas Loyle
15213 E Stratford St
Wichita, KS 67230

SSN: xxx−xx−6984

Katherine Christine Loyle
aka　Kate Loyle
aka　Katie Loyle
15213 E Stratford St
Wichita, KS 67230

SSN: xxx−xx−2224

**FINAL DECREE**

| Filed And Entered By The Court |
|---|
| **4/23/19**<br>David D. Zimmerman<br>Clerk of Court<br>US Bankruptcy Court |

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. Linda S Parks is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 26

s/ Robert E. Nugent
United States Bankruptcy Judge