**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Paris Edward Thomas Loyle** | Social Security number or ITIN xxx–xx–6984 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Katherine Christine Loyle** | Social Security number or ITIN xxx–xx–2224 |
| | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| | | Date Notice Issued: **4/22/19** |

United States Bankruptcy Court  **District of Kansas**

Case number/Judge:  **19–10065  / Robert E. Nugent**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Paris Edward Thomas Loyle

Katherine Christine Loyle
aka Kate Loyle, aka Katie Loyle

4/22/19

**By the court:** Robert E. Nugent
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                               United States Bankruptcy Court
                                     District of Kansas
In re:                                                           Case No. 19-10065-REN
Paris Edward Thomas Loyle                                        Chapter 7
Katherine Christine Loyle
        Debtors                      CERTIFICATE OF NOTICE
District/off: 1083-6          User: admin                 Page 1 of 2          Date Rcvd: Apr 23, 2019
                              Form ID: 318                Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2019.
db/jdb        +Paris Edward Thomas Loyle,   Katherine Christine Loyle,   15213 E Stratford St,
                Wichita, KS 67230-6640
cr            +Wells Fargo Auto,   Bankruptcy Dept,   PO BOX 130000,   Raleigh, NC 27605-1000
9159452        AES FED Loan Servicing,   PO Box 69184,   Harrisburg PA 17106-9184
9159454        ATG Credit BR,   PO Box 14895,   Chicago IL 60614-8542
9159456       +Charter One,   630 Plaza Dr Ste 150,   Highlands Ranch CO 80129-2750
9190993       +Chase Bank USA, N.A.,   c/o Robertson, Anschutz & Schneid, P.L.,
                6409 Congress Avenue, Suite 100,   Boca Raton, FL 33487-2853
9159459        Collection Center Of Wyoming,   406 6th St,   Rawlins WY 82301-5408
9159463       +EMC Chase Mortgage BR,   PO Box 299013,   800 State Hwy 121 BYP,   Lewisville TX 75067-4180
9159464        FedLoan Servicing,   PO Box 69184,   Harrisburg PA 17106-9184
9159465       +Firstmark Services,   PO Box 82522,   Lincoln NE 68501-2522
9159466       +Home Point Financial C,   4849 Greenville Ave Ste,   Dallas TX 75206-4191
9169702       +Home Point Financial Corporation,   c/o D. Anthony Sottile, Authorized Agent,
                394 Wards Corner Road, Suite 180,   Loveland, OH 45140-8362
9159467       +Lender R3 Education Inc,   27 Jackson Road,   Ste 300,   Devens MA 01434-4037
9159469       +Pam Loyle,   2266 N Yale Ave,   Wichita KS 67220-2818
9159473       +St Anthony Tri Parish School,   1145 W 20th St,   Casper WY 82604-3586
9159476        US Attorney,   301 N Main St Ste 1200,   1200 Epic Center,   Wichita KS 67202-4812
9159478       +US Department of Education BR,   PO Box 69184,   Fed Loan Servicing,   Harrisburg PA 17106-9184
9159475       +United States Attorney,   1200 Epic Center,   301 N Main,   Wichita KS 67202-4840
9159482       +Wyoming Medical Center,   1233 E 2nd St,   Casper WY 82601-2988

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr            +EDI: QLSPARKS.COM Apr 24 2019 01:23:00      Linda S Parks,   100 N Broadway,   Suite 950,
                Wichita, KS 67202-2216
cr            +EDI: GMACFS.COM Apr 24 2019 01:23:00      Ally Bank,   serviced by Ally Servicing LLC,
                PO Box 130424,   Roseville, MN 55113-0004
9215550        EDI: GMACFS.COM Apr 24 2019 01:23:00      Ally Bank,   PO Box 130424,   Roseville, MN 55113-0004
9159453        EDI: GMACFS.COM Apr 24 2019 01:23:00      Ally Financial BR,   PO Box 130424,
                Roseville MN 55113-0004
9159455       +EDI: CAPITALONE.COM Apr 24 2019 01:23:00      Capital One Service Inc BR,   PO Box 30285,
                HSBC Household Bank Providian,   Salt Lake City UT 84130-0285
9159457       +EDI: CHASE.COM Apr 24 2019 01:23:00      Chase Bank One BR,   PO Box 15298,   WaMu Providian,
                JP Morgan Amazon,   Wilmington DE 19850-5298
9159458       +E-mail/Text: dthompson@cityofcasperwy.com Apr 23 2019 21:34:35      City Of Casper-Utilities,
                200 N David St,   Casper WY 82601-1894
9189078       +E-mail/Text: legal.filing@mycollectioncenter.com Apr 23 2019 21:34:28      CollectionCenter Inc,
                P O Box 4000,   Rawlins WY 82301-0479
9159460       +EDI: CONVERGENT.COM Apr 24 2019 01:23:00      Convergent Outsourcing BR,   800 SW 39th St,
                Renton WA 98057-4927
9180357        EDI: DISCOVER.COM Apr 24 2019 01:23:00      Discover Bank,   Discover Products Inc,
                PO Box 3025,   New Albany OH  430543025
9159462       +EDI: DISCOVER.COM Apr 24 2019 01:23:00      Discover Bank Bankruptcy,   PO Box 3025,
                6500 New Albany Rd E,   New Albany OH 43054-8730
9159468        EDI: NAVIENTFKASMSERV.COM Apr 24 2019 01:23:00      Navient BR,   PO Box 9500,
                US Dept Of Edu Loan Serv,   Sallie Mae,   Wilkes Barre PA 18773-9500
9159470       +E-mail/Text: wendi@rsiwy.com Apr 24 2019 21:33:32      Rocky Mountain Recovery,
                101 Hastings Horseshoes,   Powell WY 82435-8111
9159471        E-mail/PDF: clerical@simmassociates.com Apr 23 2019 21:37:51      Simm Associates Inc,
                PO Box 7526,   Newark DE 19714-7526
9159472       +E-mail/PDF: clerical@simmassociates.com Apr 23 2019 21:37:51      Simms Associates,
                800 Pencader Drive,   Newark DE 19702-3354
9159474       +E-mail/Text: legal@tabbank.com Apr 23 2019 21:33:35      Tab Bank,   4185 Harrison Blvd,
                Ogden UT 84403-2475
9222308       +EDI: AIS.COM Apr 24 2019 01:23:00      Verizon,   by American InfoSource as agent,
                4515 N Santa Fe Ave,   Oklahoma City OK 73118-7901
9159479        EDI: VERIZONCOMB.COM Apr 24 2019 01:23:00      Verizon Wireless Bankruptcy De,
                500 Technology Dr Ste 550,   Fmci Mass Market Bankruptcy Ad,   St Charles MO 63304-2225
9159480        EDI: WFFC.COM Apr 24 2019 01:23:00      Wells Fargo Bank NA BR,   PO Box 3569,   Attn BR Dept,
                Rancho Cucamonga CA 91729-3569
9159481       +EDI: WFFC.COM Apr 24 2019 01:23:00      Wells Fargo Dealer Services,   Attn Bankruptcy,
                PO Box 19657,   Irvine CA 92623-9657
                                                                                               TOTAL: 20

             ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
9159461        Cpw Funding Co/glelsi
                                                                                               TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2019 at the address(es) listed below:
              Brenda  Groschen     on behalf of Creditor    Ally Bank brenda.groschen@ally.com
              D. Anthony  Sottile     on behalf of Creditor    Home Point Financial Corporation
               bankruptcy@sottileandbarile.com
              Dana Manweiler Milby     on behalf of Joint Debtor Katherine Christine Loyle staff@milbylaw.com,
               milbylaw@gmail.com;r46906@notify.bestcase.com
              Dana Manweiler Milby     on behalf of Debtor Paris Edward Thomas Loyle staff@milbylaw.com,
               milbylaw@gmail.com;r46906@notify.bestcase.com
              Linda S Parks     lparks@hitefanning.com, lparks@ecf.epiqsystems.com
              Sheri R Thorne     on behalf of Creditor    Wells Fargo Auto sheri.r.thorne@wellsfargo.com
              U.S. Trustee     ustpregion20.wi.ecf@usdoj.gov
                                                                                            TOTAL: 7