**Form fnldec** (Revised 08/01/2018)

**United States Bankruptcy Court − District of Kansas**
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 19−10065

Chapter: 7

In re:

Paris Edward Thomas Loyle
15213 E Stratford St
Wichita, KS 67230

SSN: xxx−xx−6984

Katherine Christine Loyle
aka Kate Loyle
aka Katie Loyle
15213 E Stratford St
Wichita, KS 67230

SSN: xxx−xx−2224

**Filed And Entered By The Court**
**4/23/19**
**David D. Zimmerman**
**Clerk of Court**
**US Bankruptcy Court**

**FINAL DECREE**

---

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. Linda S Parks is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 26

s/ Robert E. Nugent
United States Bankruptcy Judge

United States Bankruptcy Court
District of Kansas

In re:
Paris Edward Thomas Loyle
Katherine Christine Loyle
Debtors

Case No. 19-10065-REN
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 1083-6  User: erica  Page 1 of 1  Date Rcvd: Apr 23, 2019
Form ID: fnldecre  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2019.
db/jdb +Paris Edward Thomas Loyle, Katherine Christine Loyle, 15213 E Stratford St, Wichita, KS 67230-6640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2019  Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2019 at the address(es) listed below:
Brenda Groschen on behalf of Creditor Ally Bank brenda.groschen@ally.com
D. Anthony Sottile on behalf of Creditor Home Point Financial Corporation bankruptcy@sottileandbarile.com
Dana Manweiler Milby on behalf of Joint Debtor Katherine Christine Loyle staff@milbylaw.com, milbylaw@gmail.com;r46906@notify.bestcase.com
Dana Manweiler Milby on behalf of Debtor Paris Edward Thomas Loyle staff@milbylaw.com, milbylaw@gmail.com;r46906@notify.bestcase.com
Linda S Parks lparks@hitefanning.com, lparks@ecf.epiqsystems.com
Sheri R Thorne on behalf of Creditor Wells Fargo Auto sheri.r.thorne@wellsfargo.com
U.S. Trustee ustpregion20.wi.ecf@usdoj.gov
TOTAL: 7