IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| PARIS EDWARD THOMAS LOYLE | ) | Case No. | 19-10065 |
| KATHERINE CHRISTINE LOYLE, | ) | Chapter | 7 |
| | ) | | |
| Debtors. | ) | | |

## DEBTORS' MOTION TO REOPEN CASE

COME NOW, the Debtors, by and through January M. Bailey, their new attorney of record, and file this Motion to Reopen Case. In support of their Motion, the Debtors would show the Court as follows:

1. The Debtors filed their chapter 7 bankruptcy case on January 17, 2019. The Loyles received their discharge on April 22, 2019, and the case closed on April 23, 2019.

2. The Debtors seek to reopen the case for the purpose of filing an adversary proceeding to determine the dischargeability of their student loans.

WHEREFORE, the Debtors respectfully request that the Court reopen their bankruptcy case and for such other relief as this Court deems just and proper.

Respectfully Submitted:

ERON LAW, P.A.
Attorney for Debtors

   s/ *January M. Bailey*
January M. Bailey, #23926
301 N. Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net