**SO ORDERED.**

**SIGNED this 12th day of May, 2020.**



_____
Robert E. Nugent
United States Bankruptcy Judge

_____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

IN RE: )
)
   PARIS EDWARD THOMAS LOYLE ) Case No. 19-10065
   KATHERINE CHRISTINE LOYLE, ) Chapter 7
)
   Debtors. )

## ORDER GRANTING DEBTORS' MOTION TO REOPEN

This matter comes before the Court on the request debtors to reopen their bankruptcy case. The Debtors appear by and through their attorney, January M. Bailey. Based upon the Motion and record herein, the Court orders that: the Debtors' bankruptcy case is REOPENED to allow the Debtors to file an adversary proceeding to determine the dischargeability of their student loans.

IT IS SO ORDERED

###

Respectfully Submitted:
ERON LAW, P.A.
Attorney for Debtors
   s/ _January M. Bailey_
January M. Bailey, #23926
301 N. Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net