**SO ORDERED.**

**SIGNED this 12th day of May, 2020.**



_____
Robert E. Nugent
United States Bankruptcy Judge
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF KANSAS

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | | |
| PARIS EDWARD THOMAS LOYLE | ) | Case No. | 19-10065 |
| KATHERINE CHRISTINE LOYLE, | ) | Chapter | 7 |
| | ) | | |
| Debtors. | ) | | |

### ORDER GRANTING DEBTORS' MOTION TO REOPEN

This matter comes before the Court on the request debtors to reopen their bankruptcy case. The Debtors appear by and through their attorney, January M. Bailey. Based upon the Motion and record herein, the Court orders that: the Debtors' bankruptcy case is REOPENED to allow the Debtors to file an adversary proceeding to determine the dischargeability of their student loans.

IT IS SO ORDERED

###

Respectfully Submitted:
ERON LAW, P.A.
Attorney for Debtors
   s/ *January M. Bailey*
January M. Bailey, #23926
301 N. Main, Ste 2000
Wichita, KS 67202
T: (316) 262-5500
F: (316) 262-5559
january@eronlaw.net

```
                              United States Bankruptcy Court
                                    District of Kansas
In re:                                                              Case No. 19-10065-REN
Paris Edward Thomas Loyle                                           Chapter 7
Katherine Christine Loyle
        Debtors                       CERTIFICATE OF NOTICE
District/off: 1083-6           User: misse                Page 1 of 1              Date Rcvd: May 12, 2020
                               Form ID: pdf020            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2020.
db/jdb         +Paris Edward Thomas Loyle,    Katherine Christine Loyle,    15213 E Stratford St,
                Wichita, KS 67230-6640

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
              D. Anthony Sottile    on behalf of Creditor   Home Point Financial Corporation
               bankruptcy@sottileandbarile.com
              Dana Manweiler Milby    on behalf of Joint Debtor Katherine Christine Loyle staff@milbylaw.com,
               milbylaw@gmail.com;r46906@notify.bestcase.com
              Dana Manweiler Milby    on behalf of Debtor Paris Edward Thomas Loyle staff@milbylaw.com,
               milbylaw@gmail.com;r46906@notify.bestcase.com
              January M Bailey    on behalf of Joint Debtor Katherine Christine Loyle
               notices2@eronlaw.net;cmecf@eronlaw.net
              January M Bailey    on behalf of Debtor Paris Edward Thomas Loyle
               notices2@eronlaw.net;cmecf@eronlaw.net
              Linda S Parks    lparks@hitefanning.com,    lparks@ecf.axosfs.com
              Sheri R Thorne    on behalf of Creditor   Wells Fargo Auto sheri.r.thorne@wellsfargo.com
              U.S. Trustee    ustpregion20.wi.ecf@usdoj.gov
                                                                                             TOTAL: 8