**Form fnldec** (Revised 08/01/2018)

**United States Bankruptcy Court – District of Kansas**
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 19–10065  Chapter: 7

In re:

| | |
|---|---|
| Paris Edward Thomas Loyle<br>15213 E Stratford St<br>Wichita, KS 67230<br><br>SSN: xxx–xx–6984 | Katherine Christine Loyle<br>aka    Kate Loyle<br>aka    Katie Loyle<br>15213 E Stratford St<br>Wichita, KS 67230<br><br>SSN: xxx–xx–2224 |

**FINAL DECREE**

| **Filed And Entered By The Court** |
|---|
| **5/5/22**<br>**David D. Zimmerman**<br>**Clerk of Court**<br>**US Bankruptcy Court** |

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. Linda S Parks is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 33

s/ Mitchell L. Herren
United States Bankruptcy Judge