Form fnldec  (Revised 08/01/2018)

United States Bankruptcy Court – District of Kansas
167 US Courthouse
401 North Market
Wichita, KS 67202

Case Number: 19−10065

Chapter: 7

In re:

Paris Edward Thomas Loyle
15213 E Stratford St
Wichita, KS 67230

SSN: xxx−xx−6984

Katherine Christine Loyle
aka   Kate Loyle
aka   Katie Loyle
15213 E Stratford St
Wichita, KS 67230

SSN: xxx−xx−2224

**FINAL DECREE**

| Filed And Entered By The Court |
|---|
| 5/5/22 <br> David D. Zimmerman <br> Clerk of Court <br> US Bankruptcy Court |

The estate of the above named debtor(s) has been fully administered.

IT IS ORDERED THAT:

1. Linda S Parks is discharged as trustee of this estate and the bond is cancelled.

2. This chapter 7 case is closed.

Document 33

s/ Mitchell L. Herren
United States Bankruptcy Judge

United States Bankruptcy Court
District of Kansas

In re:     Case No. 19-10065-MLH
Paris Edward Thomas Loyle     Chapter 7
Katherine Christine Loyle
     Debtors

# CERTIFICATE OF NOTICE

District/off: 1083-6     User: admin     Page 1 of 2
Date Rcvd: May 05, 2022     Form ID: fnldecre     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2022:**

**Recip ID**     **Recipient Name and Address**
db/jdb     + Paris Edward Thomas Loyle, Katherine Christine Loyle, 15213 E Stratford St, Wichita, KS 67230-6640

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2022 at the address(es) listed below:

**Name**     **Email Address**

Brian D Sheern
    on behalf of Defendant United States Department of Education brian.sheern@usdoj.gov michelle.lies@usdoj.gov;phyllis.creed@usdoj.gov;jeanette.may@usdoj.gov;CaseView.ECF@usdoj.gov

Christopher C Miles
    on behalf of Defendant FirstMark Services christopher.miles@huschblackwell.com

D. Anthony Sottile
    on behalf of Creditor Home Point Financial Corporation bankruptcy@sottileandbarile.com

Dana Manweiler Milby
    on behalf of Joint Debtor Katherine Christine Loyle staff@milbylaw.com milbylaw@gmail.com;r46906@notify.bestcase.com

Dana Manweiler Milby
    on behalf of Debtor Paris Edward Thomas Loyle staff@milbylaw.com milbylaw@gmail.com;r46906@notify.bestcase.com

David Alan Gellis

on behalf of Defendant Navient Solutions LLC dgellis@mslawkc.com  ccariani@mslawkc.com

January M Bailey

on behalf of Joint Debtor Katherine Christine Loyle january@eronlaw.net prelleeronbailey@gmail.com;PrelleEronBaileyPA@jubileebk.net

January M Bailey

on behalf of Plaintiff Katherine Christine Loyle january@eronlaw.net prelleeronbailey@gmail.com;PrelleEronBaileyPA@jubileebk.net

January M Bailey

on behalf of Plaintiff Paris Edward Thomas Loyle january@eronlaw.net prelleeronbailey@gmail.com;PrelleEronBaileyPA@jubileebk.net

January M Bailey

on behalf of Debtor Paris Edward Thomas Loyle january@eronlaw.net prelleeronbailey@gmail.com;PrelleEronBaileyPA@jubileebk.net

January M Bailey

on behalf of Defendant FirstMark Services january@eronlaw.net prelleeronbailey@gmail.com;PrelleEronBaileyPA@jubileebk.net

Linda S Parks

lparks@hitefanning.com  lparks@ecf.axosfs.com

Sheri R Thorne

on behalf of Creditor Wells Fargo Auto sheri.r.thorne@wellsfargo.com

U.S. Trustee

ustpregion20.wi.ecf@usdoj.gov

TOTAL: 14